IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VERNON ROBINSON,

       Petitioner,

v.

STATE OF FLORIDA, et al.,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3176

Opinion filed August 6, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Vernon Robinson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondents.

PER CURIAM.

       DENIED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.